Gail A. Dulay, CA Bar #131883
Howard Hom, CA Bar #071256
110 West "C" Street #910
San Diego, CA 92101
Telephone (619) 237-5032
Facsimile (619) 237-1030
E-mail:  gail@howardhom.com
         hh@howardhom.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI HUANG, ) | No. C 09-5190 PJH |
| )  Plaintiff, ) | NOTICE OF |
| ) | VOLUNTARY DISMISSAL |
| ) | F.R.C.P. Rule 41(a) |
| v. ) | |
| ) | IMMIGRATION CASE |
| ) | No.: A 075-492-636 |
| JANET NAPOLITANO, Secretary, ) | |
|     Department Of Homeland Security, ) | |
| ALEJANDRO MAYORKAS, Director, ) | |
|     U.S. Citizenship and ) | |
|     Immigration Services, ) | |
| DAVID L. ROARK, Director, ) | |
|     Texas Service Center, and ) | |
| U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
|     Defendants. ) | |

    Plaintiff, by and through her undersigned counsel, due to the Department of Homeland Security having forwarded her Alien file to the U.S. Citizenship and Immigration Services for

Complaint for Declaratory and Injunctive Relief - 1

adjudication on her long-pending motion to reopen and reconsider, hereby voluntary dismisses, without prejudice, this action pursuant to Federal Rule of Civil Procedure 41(a).

                                      Respectfully submitted,

                                      /s/
                                  _____
Dated: February 18, 2010        Howard Hom, CA Bar #071256
                                    Attorney for Plaintiff

2/22/10

**IT IS SO ORDERED**

/s/ Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA